STATE OF NEW JERSEY v. CHARLIE ALEXANDER.

May 15, 1973. Petition for certification denied.

S. LOUIS BELLI v. DIVISION OF TAX APPEALS.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MACK TONEY.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES EDWARD JOHNSON.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR PRINCE.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID HARDY.

May 15, 1973. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
GIOACCHINO LA ROSA, DECEASED.

May 15, 1973. Petitions for certification denied.